IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BLOOMSYBOX.COM, LLC,                    :
                                        :
                    Plaintiff,          :
                                        :
        v.                              :       Civil Action No. 24-844-RGA
                                        :
USERWAY, INC., and JOHN DOE 1-5,        :
                                        :
                    Defendants.         :

**ORDER**

This **2nd** day of March, 2026, upon consideration of the Magistrate Judge's Report and Recommendation dated February 13, 2026 (D.I. 47), and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and finding that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 47) is **ADOPTED**.

2. Defendant's Motion to Dismiss (D.I. 26) is **GRANTED-In-Part and DENIED-In-Part.** The request to Dismiss Count I of the Complaint is GRANTED without prejudice.   The request to Dismiss Count II is DENIED.   The request to Dismiss Count III of the Complaint is GRANTED without prejudice.   The request to Dismiss Count IV of Complaint is DENIED. The request to Dismiss Injunctive Relief is GRANTED without prejudice.

/s/ Richard G. Andrews
_____
United States District Judge